IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

VS.                              CRIMINAL ACTION NO. 4:00CR14LN

HAROLD W. ROBERTS, JR.


ORDER

It is hereby ordered that defendant's motion to withdraw document no. 44 is granted. It is further ordered that defendant's motion to correct his sentence pursuant to Rule 60(b) of the Federal Rules of Civil Procedure is denied.

SO ORDERED this the 10th day of November, 2008.


/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE